1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**JS-6**

NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TI BEVERAGE GROUP, LTD.,<br><br>            Plaintiff,<br><br>    v.<br><br>VAMPT BEVERAGE CORP., IAN TOEWS, JAIME GUISTO, KATHY RATCHFORD, and DOES 1-10, inclusive,<br><br>            Defendants. | Case No. CV-10-9044 VBF (AJWx)<br><br>**ORDER GRANTING STIPULATION REQUESTING DISMISSAL OF: (1) PLAINTIFF TI BEVERAGE LTD.'S CLAIMS AGAINST ALL DEFENDANTS AND (2) DEFENDANT VAMPT BEVERAGE CORP.'S COUNTERCLAIM AGAINST PLAINTIFF TI BEVERAGE GROUP LTD.**<br><br><br>Date Action Filed:  November 23, 2010<br>Trial Date:  February 6, 2012 |

ORDER GRANTING STIPULATION REQUESTING DISMISSAL

53553926v1

1    Whereas Plaintiff and Counter-defendant TI Beverage Group Ltd. ("TBG"), on

2    the one hand, and Defendant and Counterclaimant Vampt Beverage Corp. ("Vampt

3    Beverage"), and Defendants Ian Toews, Jaime Guisto, and Kathy Ratchford, on the

4    other hand, through their respective counsel, have, pursuant to Federal Rule of Civil

5    Procedure 41, stipulated to the dismissal of all claims against each other as set forth

6    in their concurrently filed Stipulation.

7        **IT IS HEREBY ORDERED** that, upon good cause shown:

8        1.    TBG's claims asserted in the Complaint against Vampt Beverage, Ian

9    Toews, Jaime Guisto, and Kathy Ratchford are dismissed with prejudice;

10       2.    Vampt Beverage's Counterclaim against TBG is dismissed with prejudice;

11       3.    Each party will each bear her, his, or its own costs and attorneys' fees in

12   connection with this action.

13

14

15   Dated:  September 7, 2011

16

17   _____

18   Percy Anderson
     United States District Judge

19

20

21

22

23

24

25

26

27

28

- 1 -

**[PROPOSED] ORDER GRANTING STIPULATION REQUESTING DISMISSAL**