**JS-6**

NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TI BEVERAGE GROUP, LTD.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>VAMPT BEVERAGE CORP., IAN TOEWS, JAIME GUISTO, KATHY RATCHFORD, and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. CV-10-9044 VBF (AJWx)<br><br>**ORDER GRANTING STIPULATION REQUESTING DISMISSAL OF: (1) PLAINTIFF TI BEVERAGE LTD.'S CLAIMS AGAINST ALL DEFENDANTS AND (2) DEFENDANT VAMPT BEVERAGE CORP.'S COUNTERCLAIM AGAINST PLAINTIFF TI BEVERAGE GROUP LTD.**<br><br>Date Action Filed: November 23, 2010<br>Trial Date: February 6, 2012 |

---

**ORDER GRANTING STIPULATION REQUESTING DISMISSAL**

53533926v1

Whereas Plaintiff and Counter-defendant TI Beverage Group Ltd. ("TBG"), on the one hand, and Defendant and Counterclaimant Vampt Beverage Corp. ("Vampt Beverage"), and Defendants Ian Toews, Jaime Guisto, and Kathy Ratchford, on the other hand, through their respective counsel, have, pursuant to Federal Rule of Civil Procedure 41, stipulated to the dismissal of all claims against each other as set forth in their concurrently filed Stipulation.

**IT IS HEREBY ORDERED** that, upon good cause shown:

1. TBG's claims asserted in the Complaint against Vampt Beverage, Ian Toews, Jaime Guisto, and Kathy Ratchford are dismissed with prejudice;

2. Vampt Beverage's Counterclaim against TBG is dismissed with prejudice;

3. Each party will each bear her, his, or its own costs and attorneys' fees in connection with this action.

Dated: September 7, 2011

_____
Percy Anderson
United States District Judge

- 1 -

[PROPOSED] ORDER GRANTING STIPULATION REQUESTING DISMISSAL